## THE STATE v. MOHLIS.

*Appeal from Bremer District Court — Thursday, April 27.*

PROSECUTION for assault and battery. The judgment of conviction of the court below was affirmed as being sustained by the evidence. No questions of law were discussed in the opinion.

*G. C. Wright* for the appellant — *Henry O'Connor*, Attorney-General, for the State.

---

## THE FIRST NATIONAL BANK OF LEON v. DUNCAN *et al.*

*Appeal from Decatur Circuit Court — Thursday, April 27.*

ACTION upon promissory note. The only questions presented related to the sufficiency of the evidence to authorize the judgment, no questions of law being raised by exceptions to the rulings of the court below on the trial. The judgment in favor of plaintiff was affirmed as being sustained by the evidence. BECK, J., delivered the opinion.

*Penny, Morrison* and *Polk & Hubbel,* for the appellants — *Harvey* and *Withrow & Wright,* for the appellee.

---

## THE STATE OF IOWA v. BAILEY.

*Appeal from Clinton District Court — Saturday, April 8.*

PER CURIAM. This is a prosecution by indictment for nuisance. The defendant was found guilty, and he appeals to this court. The case presents no other questions than are determined by us adverse to the appellant in the case of *The State* v. *Potter,* 30 Iowa, 587. Following that case, the judgment in this case is

Affirmed.

*H. O'Connor*, Attorney-General, for the State — *W. E. Leffingwell* for the appellant.